ALFRED TARICCO, Appellant, v. MID-HUDSON MEDICAL GROUP et al., Respondents.—

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.